UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 30 2000

Michael N. Milby, Clerk of Court

ALBERT CHARLES THIELEMANN )(
)(
VERSUS )( CIVIL ACTION
)( No. H-00-3008
THE DOW CHEMICAL COMPANY )(
C/O MR. TOMMY BLOCK )(
MIDLAND, MICHIGAN 48674 )(
AND )(
PRICE WATERHOUSE COOPER )(
C/O MR. JAMES SCHIRO )(
1177 AVENUE OF THE AMERICAS )(
NEW YORK CITY, N.Y. 10036 )(
)(

## ORIGINAL COMPLAINT

ALBERT CHARLES THIELEMANN, PLAINTIFF COMPLAINS AGAINST THE DOW CHEMICAL COMPANY AND PRICE WATERHOUSE COOPER AS FOLLOWS AND WILL SHOW THE FOLLOWING:

BY PRICE WATERHOUSE COOPERS, 1G MR. JAMES LAW FIRM, 1177 AVENUE OF THE AMERICAS, NEW YORK CITY, NEW YORK.

II

WAS FAILED ALBERT CHARLES THIELEMANN, THAT IS PLAINTIFFS, TO RECEIVED THE CORRECT SHARES OF DOW SAVINGS SPECIFICALLY IN THE DIVIDEND RE-INVESTMENT 1999 PLAINTIFF SAVINGS PLAN, SECOND QUARTER INCREASED ONLY 8.7 SHARES OF DOW STOCK, PLAINTIFF

I.

PLAINTIFF IS AN INDIVIDUAL RESIDING AT 8568 HILLBOLDT RD. CAT SPRING, TX 78933, PHONE 979-885-0363.

DEFENDANTS ARE:

A) THE DOW CHEMICAL COMPANY C/O MR. TOMMY BLOCK, MIDLAND, MICHIGAN 48674. MR. TOMMY BLOCK ALSO HAS A MAILING ADDRESS OF 2301 NORTH BRAZOSPORT BLVD, FREEPORT, TX 77541. PHONE 979-238-1718.

B) PRICE WATERHOUSE COOPER, C/O MR. JAMES SCHIRO, 1177 AVENUE OF THE AMERICAS, NEW YORK CITY, N.Y. 10036.

II

I, ALBERT CHARLES THIELEMANN, HAS FAILED TO RECEIVED THE CORRECT STOCK IN PLAINTIFFS DOW SHARES OF DOW STOCK UNDER THE DIVIDEND RE-INVESTMENT SPECIFICALLY IN THE SAVINGS PLAN. OF 1999 PLAINTIFF SECOND QUARTER INCREASED ONLY 2.7 SHARES OF DOW STOCK, PLAINTIFF

SHARES OF DOW STOCK SHOULD HAVE INCREASED BY 10 TO 12 SHARES IN HIS SAVING PLAN BASED ON THE DIVIDENDS PAID DURING THE SECOND QUARTER. SEE EXHIBIT A ATTACHED.

PLAINTIFF'S DOW STOCK INCREASES IN HIS DOW SAVINGS PLAN WAS INCORRECT IN OTHER QUARTERS BUT BY A SMALLER DIFFERENCE.

## III

IT APPEARS FROM INFORMATION FURNISHED TO PLAINTIFF BY THE DOW CHEMICAL COMPANY'S CHAIRMAN OF THE DOW RETIREMENT BOARD, MR. TOMMY BLOCK, THAT IT IS THEIR PRACTICE TO CREDIT THE ACCOUNTS IN THE DOW SAVING PLAN ON THE DATE THE DIVIDEND ARE DECLARED AND NOT ON THE DATE (WHICH IS LATER) THAT THE ACTUAL DIVIDENDS ARE PAID TO OTHER OWNERS.

AS AN EXAMPLE:

IF ONE OWNS DOW STOCK IN DEC. 31, 1999 AND A 45¢ PER SHARE DIVIDEND IS DECLARED PAYABLE ON JAN 28, 2000 THIS DIVIDEND IS PUT THE DOW SAVING

ACCOUNT ON DEC. 31, 1999 OR JAN 1, 2000. IF THIS SAME STOCK IS IN A CHARLES SCHWAB ACCOUNT THE DIVIDEND IS NOT PAID OR AVAILABLE UNTIL JAN 28, 2000.

SINCE MOST IF NOT ALL OF THE DOW STOCK IN DOW SAVINGS ACCOUNTS IS OWNED BY DOW MANAGERS, SUPERVISORS, DOW EMPLOYEES, AND DOW RETIREES, THIS PRACTICE BENEFITS THESE DOW PEOPLE IN THAT THEIR ACCOUNTS ARE CREDITED WITH THE DIVIDEND MONEY SOONER. DOW INSIDERS BENEFITING!!!

PLAINTIFF HAS DOW STOCK IN TWO ACCOUNTS AT CHARLES SCHWAB, ONE AN IRA TYPE ACCOUNT TRANSFERRED FROM PLAINTIFF'S DOW SAVING ACCOUNT BECAUSE OF THE DIVIDENDS RE-INVESTMENT PROBLEMS AND ONE JUST ORDINARY ACCOUNT WHICH PLAINTIFF HAS HAD WITH CHARLES SCHWAB FOR A NUMBER OF YEARS.

# IV

PLAINTIFF REQUESTS THAT THE DEFENDANTS - THE DOW CHEMICAL COMPANY AND PRICE WATERHOUS COOPER FURNISH PLAINTIFF WITH THE FOLLOWING FOR PERIOD FROM JUNE 1998 TO JUNE 2000:

A) DATES AND AMOUNT OF EACH DIVIDEND DECLARED BY THE DOW CHEMICAL CHEMICAL ON ITS STOCK.

B) DATES EACH DIVIDEND WAS PAYABLE.

C) CHARGES FOR MAINTAINING PLAINTIFFS ACCOUNT IN HIS DOW SAVINGS ACCOUNT.

PLAINTIFF ALSO REQUEST THAT DEFENDANTS PURCHASE FOR PLAINTIFF SHARES OF DOW STOCK BASED ON THE DIFFERENCE OF WHAT PLAINTIFF WOULD HAVE RECEIVED HAD THE DOW STOCK DIVIDEND RE-INVESTMENT BEEN DONE IN A NORMALLY ACCEPTED MANNER AND THE MANNER THAT PRICE WATERHOUSE COOPER AND THE DOW CHEMICAL COMPANY DID THE DIVIDEND RE-INVESTMENT AND HANDLING OF PLAINTIFF ACCOUNT IN THE DOW SAVINGS PLAN.

V.

PLAINTIFF REQUESTS THAT THE PRACTICE OF PAYMENT OF DOW STOCK DIVIDENDS BE UNIFORM TO ALL ACCOUNTS OF DOW STOCK. IF DOW CHEMICAL COMPANY WISHES TO PAY TO THE ACCOUNTS OF DOW STOCK HELD BY DOW EMPLOYEES AND RETIREES IN THE DOW SAVING PLAN ON THE DATE DIVIDEND IS DECLARED THEN ON SAME DATE PAY THE DIVIDEND TO ALL OWNERS OF DOW STOCK IRREGARDLESS OF HOW THE STOCK IN HELD. TO CREDIT THE DOW EMPLOYEES AND DOW RETIREES ACCOUNTS IN THE SAVING PLAN SOONER THAT OTHERS VIOLATES THE SECURITY AND EXCHANGE COMMISSION RULES AND REGULATION AS RELATES TO INSIDER TRADING.

VI.

PLAINTIFF REQUESTS THAT THIS MATTER BE HEARD AND DECIDED BY A JURY.

## VII

IT SHOULD NOTED THAT PLAINTIFF HAS TRIED TO RESOLVE THIS DISPUTE WITH DOW AND PRICE WATERHOUSE COOPER FOR NEARLY A YEAR. NEITHER DOW OR PRICE WATERHOUSE COOPER SEEM TO EVEN UNDERSTAND THE QUESTION AS TO WHAT HAPPENED TO THE STOCK I SHOULD HAVE RECEIVED OR MAKE ANY EFFORT TO DISCUSS WITH ME MY QUESTIONS AS RELATES TO NOT RECEIVING THE NORMAL DOW STOCK FROM DIVIDENDS RE-INVESTED.

RESPECTFULLY SUBMITTED,

*Albert Charles Thielemann*

ALBERT CHARLES THIELEMANN
8568 HILLBOLDT RD.
CAT SPRING, TX 78933
PHONE 979-885-0363

| Loan Summary | | | Account Summary From Participation Date | | |
|---|---|---|---|---|---|
| Opening Balance | $ | 0.00 | Payroll Deferrals | $ | 15,246.13 |
| New Loans | $ | 0.00 | Dow Company Contributions | $ | 20,067.18 |
| Loan Principal Repayments | $ | 0.00 | ESOP Contributions | $ | 0.00 |
| Closing Balance | $ | 0.00 | Investment Experience | $ | 170,647.85 |
| | | | Closing Balance | $ | 205,961.16 |

**Equivalent Share Balances As Of 03/31/99**

| | |
|---|---|
| Dow Common Stock Fund | 1,561.805499 |
| ESOP Fund | 0.000000 |

*Handwritten annotations:*
```
 1564.503506
-1561.805499
───────────
    2.698007
  INCREASE
```

## Fund Performance

| Funds | Past 3 Months | Past 12 Months | Past 5 Years (Average) |
|---|---|---|---|
| U.S. Treasury | 1.09% | 5.00% | 4.84% |
| Interest Income | 1.53% | 6.64% | 7.26% |
| 30/70 Balanced | -1.18% | 5.03% | N/A |
| 60/40 Balanced | 5.01% | 10.41% | N/A |
| International Bond | -5.32% | 12.13% | N/A |
| Equity Income | -.59% | .71% | N/A |
| Index Equity | 4.92% | 18.48% | 26.26% |
| International Stock | 1.26% | 3.60% | 9.68% |
| Growth Equity | -3.12% | -10.79% | 14.51% |
| Dow Stock | 3.35% | -.63% | 9.16% |

The IRS maximum salary deferral for 1999 is $10,000.00. If you have any questions in reference to this statement, you can contact the Dow Savings Plan Processing Center at 1-800-358-0041 or access the Dow Savings Plan online Web site at www.2benefitsweb.com/dow.html.

*Handwritten at bottom:* EXHIBIT A PAGE 1 OF 2

*handwritten:* PRICE WATER COOPER HOUSE P.O 420, LITTLE FALLS NJ, 07424   JOHN ALLE

## Loan Summary

| | |
|---|---|
| Opening Balance | $ 0.00 |
| New Loans | $ 0.00 |
| Loan Principal Repayments | $ 0.00 |
| Closing Balance | $ 0.00 |

## Account Summary From Participation Date

| | |
|---|---|
| Payroll Deferrals | $ 15,246.13 |
| Dow Company Contributions | $ 20,067.18 |
| ESOP Contributions | $ 0.00 |
| Investment Experience | $ 224,525.13 |
| Closing Balance | $ 259,838.44 |

### Equivalent Share Balances As Of 06/30/99

| | |
|---|---|
| Dow Common Stock Fund | 1,564.503566 |
| ESOP Fund | 0.000000 |

*handwritten:* 3/31/99 — 1561.5?54?? / 2.69??? INCREASE

### Fund Performance

| Funds | Past 3 Months | Past 12 Months | Past 5 Years (Average) |
|---|---|---|---|
| U.S. Treasury | 1.13% | 4.83% | 4.90% |
| Interest Income | 1.53% | 6.48% | 7.17% |
| 30/70 Balanced | 3.30% | 7.28% | N/A |
| 60/40 Balanced | 5.74% | 15.01% | N/A |
| International Bond | -3.42% | 5.75% | N/A |
| Equity Income | 13.25% | 15.68% | N/A |
| Index Equity | 7.00% | 22.75% | 27.86% |
| International Stock | 2.91% | 6.48% | 9.95% |
| Growth Equity | 16.77% | 7.92% | 19.36% |
| Dow Stock | 36.41% | 35.25% | 14.18% |

The IRS maximum salary deferral for 1999 is $10,000.00. If you have any questions in reference to this statement, you can contact the Dow Savings Plan Processing Center at 1-800-358-0041 or access the Dow Savings Plan online Web site at www.2benefitsweb.com/dow.html.

*handwritten notes:*
SHARES OF DOW STOCK 564
3.48
DIVIDEND 12512
6256
+692
...

*1360 / QUARTER OR APPROX 10 TO 12*
4/5442
/14
/12  EXHIBIT A SHARES
24
24   PAGE 2 OF 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE ALONG WITH NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS (FORMS 1A/12/1/93 AND FORM 1B/12/1/93) WILL BE SENT TO THE DOW CHEMICAL COMPANY C/O MR. TOMMY BLOCK, MIDLAND, MICHIGAN 48674 AND PRICE WATERHOUSE COOPER C/O MR. JAMES SCHIRO, 1177 AVENUE OF THE AMERICAS, NEW YORK CITY, N.Y. 10036 ON 31ST DAY OF AUGUST, 2000 BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

*Albert Charles Thielemann*
ALBERT CHARLES THIELEMANN

CC: MR. MARK J. OBERTI - SEYFARTH SHAW
(PREVIOUS ATTORNEY FOR DOW)
700 LOUISIANA STREET, SUITE 3700
HOUSTON TX 77002-2731